IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Criminal No. 1:15-cr-81-O |
| § | |
| DONALD RAY REDEAU § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 138). No objections were filed, and because both parties agree with the Magistrate Judge's recommendation, the recommendation is now ripe for review. *See* ECF Nos. 133, 137. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant Donald Ray Redeau's request for modification of the scheduling order and expert examination of his sanity at the time of the offense (ECF No. 133) is **GRANTED**. It is **ORDERED** that an expert evaluate Defendant Redeau's sanity at the time of the offense as contemplated by 18 U.S.C. § 4242 and § 4247(b)-(c) as recommended by the Magistrate Judge. The July 11, 2017 Scheduling Order (ECF No. 133) is hereby set aside and an amended scheduling order will issue separately at the appropriate time.

**SO ORDERED** on this **13th day** of **July, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE